**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARCELLA L. LOWRY,                         No. C-06-1702 MMC

12            Plaintiff,                        **ORDER VACATING CASE
                                                MANAGEMENT CONFERENCE**
13

14      v.

     ELI LILLY AND COMPANY,
15

16            Defendant
                                            /
17

18          Before the Court is plaintiff's Case Management Conference Statement, filed June 2,

19   2006, by which plaintiff seeks to continue the June 9, 2006 case management conference

20   in the instant action by approximately 120 days.  Plaintiff states a continuance is necessary

21   because she anticipates the instant action will be transferred for inclusion in MDL No. 1596,

22   In re Zyprexa Products Liability Litigation, and because she has not served defendant.

23   Because the instant action was filed March 6, 2006, the 120-day deadline for plaintiff to

24   serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet

25   elapsed.

26          Additionally, the Court has been notified by the Judicial Panel on Multidistrict

27   Litigation ("JPML"), by letter dated May 17, 2006, that the JPML has directed the Clerk of

28   Eastern District of New York to file an order transferring the above-titled action to said

1  district court for inclusion in MDL No. 1596.

2       Accordingly, for good cause shown, the June 9, 2006 case management conference

3  is hereby VACATED.

4       **IT IS SO ORDERED.**

5

6  Dated: June 5, 2006

7                                              MAXINE M. CHESNEY
                                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2